**Ronnie McCABE, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 71333.

Missouri Court of Appeals,
Eastern District,
Division One.

July 15, 1997.

Douglas R. Hoff, Public Defender, St. Louis, for appellant.

John Munson Morris, III, Attorney General, Breck K. Burgess, Assistant Attorney General, Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

## ORDER

PER CURIAM.

Appellant, Ronnie McCabe, appeals the judgment of the Circuit Court of St. Louis County denying his Rule 24.035 motion without an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment is not clearly erroneous. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).